IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02879-REB-MEH

RANCH-WAY FEED MILLS, INC., a Wyoming corporation,

    Plaintiff,

v.

BOMGAARS SUPPLY, INC., an Iowa corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 8, 2013.**

    Plaintiff's Motion for Leave to Appear at January 22, 2013 Status Conference via Telephone [filed January 7, 2013; docket #10] is **granted**. Plaintiff's counsel may appear telephonically at the January 22, 2013 Status Conference. Plaintiff's counsel is directed to contact this Court's chambers at (303)844-4507 at the time of the conference in order to participate.