IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02879-REB-MEH

RANCH-WAY FEED MILLS, INC., a Wyoming corporation,

    Plaintiff,

v.

BOMGAARS SUPPLY, INC., an Iowa corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 8, 2013.**

    Plaintiff's Motion for Leave to Appear at February 22, 2013 Scheduling Conference via Telephone [filed February 6, 2013; docket #16] is **granted**. Plaintiff's counsel may appear telephonically at the February 22, 2013 Scheduling Conference by calling the Court's Chambers at (303)844-4507 at the appointed time.